**Tim BIZELLI, Appellant,**

v.

**Amanda BIZELLI, Respondent.**

**No. ED103562**

Missouri Court of Appeals,
Eastern District,
Division Five.

Filed: August 30, 2016

Joshua C. Knight, St. Charles, MO, for appellant.

Robert M. Wohler, O'Fallon, MO, for respondent.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM

The father, Tim Bizelli, appeals the judgment of the Circuit Court of St. Charles County modifying his child support obligation to the mother, Amanda Bizelli. Finding no error, we affirm.

An opinion would have no precedential value. We have provided the parties with a

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicat-

memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b).